# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

13 MAY 24 AM 9:48

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>Michelle LOPEZ | Magistrate's Case Number:<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21, United States Code<br>Section(s) 952 and 960-<br>Importation of a Controlled Substance<br>(Felony): |

The undersigned complainant being duly sworn states:

### COUNT ONE

'13 MJ 2037

That on or about May 23, 2013, within the Southern District of California, Michelle LOPEZ did knowingly and intentionally import approximately 10.76 kilograms of cocaine, a schedule II controlled substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Brian Trammell
Special Agent
U.S. Homeland Security Investigations

Sworn to before me and subscribed in my presence this 24nd day of May, 2013.

UNITED STATES MAGISTRATE JUDGE



**United States of America**
           **vs.**
**Michelle LOPEZ**

## PROBABLE CAUSE STATEMENT

I declare under penalty of perjury, the following is true and correct:

On May 23, 2013, at approximately 11:57 a.m., Michelle LOPEZ applied for admission into the United States from the Republic of Mexico at the San Ysidro Port of Entry. LOPEZ was the driver, sole occupant and registered owner of a green Honda Accord, bearing California license plate 7AEW039. A Customs and Border Protection Officer (CBPO) asked LOPEZ where she was going and she stated San Diego to go to work. LOPEZ also stated that she had owned the vehicle for approximately two (2) months. LOPEZ provided the CBPO with two negative Customs declarations. The CBPO referred LOPEZ and the vehicle to the secondary inspection lot for further inspection.

On May 23, 2013, at approximately 12:50 p.m., a Customs and Border Protection Officer (CBPO) Canine Enforcement Officer (CEO) conducted an inspection of the Honda Accord, bearing California license plate 7AEW039 with the assigned Human/Narcotic Detector Dog (H/NDD). The

H/NDD alerted to a trained odor emanating from the dashboard of the vehicle.

On May 23, 2013, at approximately 12:56 p.m., a Z-Portal operator at the San Ysidro Port of Entry saw anomalies in the dashboard of the Honda Accord, bearing California license plate 7AEW039.

On May 23, 2013, the vehicle was referred to the secondary inspection lot where ten (10) packages, containing approximately 10.76 kilograms of a white powdery substance that field tested positive for the presence of cocaine, were discovered in the heater core of the vehicle.

LOPEZ was arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correctional Center, San Diego, California.